SUC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED 07 DEC -7 AM 9:15 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY: DEPUTY

'07 MJ 2829

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**Victor Manuel LOPEZ-Zarate AKA: Javier SOSA**<br>Defendant | Magistrate Case No.<br>**COMPLAINT FOR VIOLATION OF**<br>Title 18, U.S.C., Section 1546 (b)(1) Fraud and misuse of visas, permits, and other documents |

The undersigned complainant being duly sworn states:

On or about **December 6, 2007,** within the Southern District of California, defendant **Victor Manuel LOPEZ-Zarate AKA: Javier SOSA,** an alien, in applying for entry to the United States at the San Ysidro, California Port of Entry, used an identification document, knowing, or having reason to know, that the document was not issued lawfully for the use of the possessor, in violation of Title 18, United States Code, Section 1546(b)(1).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Signature of Complainant
Sara Esparagoza U.S. Customs and Border Protection Enforcement Officer

Sworn to before me and subscribed in my presence, this 7th day of **December 2007.**

UNITED STATES MAGISTRATE JUDGE

SLF

**PROBABLE CAUSE STATEMENT**

On December 6, 2007 at approximately 1606 hours, Defendant presented himself before a Customs and Border Protection (CBP) Officer at vehicle primary lane 18 of the San Ysidro Port of Entry to apply for admission into the United States. Defendant identified himself with a U.S. Passport (#300282779), bearing the name Javier Sosa, date of birth July 19, 1955 born in Texas, USA. The CBP Officer received a computer generated referral and escorted Defendant to secondary for further inspection.

In secondary, a system query revealed Defendant had received the passport fraudulently and the case was referred to the San Ysidro Prosecutions Unit.

During a videotaped proceeding, Defendant was advised of his Miranda Rights. Defendant acknowledged his rights and elected to answer questions without an attorney present. Defendant admitted he is a citizen and native of Mexico by virtue of birth in Mazatlan, Sinaloa Mexico. Defendant admitted his true name is Victor Manuel Lopez-Zarate with date of birth of October 31, 1962.

Defendant stated that he had entered the United States on a valid Mexican Passport with a valid visitor visa approximately 10 years ago. Defendant stated that he had taken a birth certificate from a friend while living in Long Beach approximately 10 years ago, applied for, and received a United States Passport using that identity. Defendant stated that he knew he was not entitled to a United States passport, knew that it was not his true identity on the United States passport issued to him and that it was a violation of U.S. Law to apply for entry into the United States at the San Ysidro Port of Entry.